United States District Court
Southern District of Texas
FILED

APR - 3 1991

Jesse E. Clark, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

DAVID CARMONA,                        *        C.A. No. B-90-154
                    Petitioner,
                                      *

v.                                    *

                                      *

UNITED STATES OF AMERICA,             *        CR. No. B-87-178
                    Respondent.
                                      *

## ORDER OF COURT

The Government referred in its Motion for Summary Judgment
to a split among the circuits as to the effective date of § 1002
of the Narcotics Penalties and Enforcement Act of 1986. The
Fifth Circuit in <u>United States v. De los Reyes</u>, 842 F.2d 755, 758
(5th Cir. 1988) and in <u>United States v. Byrd</u>, 837 F.2d 179, 181-
82 (5th Cir. 1988) appear to indicate that the section did not
become effective until November 1, 1987. If that is the case,
then it would seem that the new enhanced penalties of §
841(b)(1)(C) would not have been effective at the time Carmona
committed his offense of conviction in March, 1987;  rather, it
would be the law in effect prior to the amendments. The Court
realizes that a simple explanation undercutting this reasoning
may exist. Accordingly, the Court hereby ORDERS the Government
to respond to this issue within thirty (30) days from the date of
receipt hereof.

The Clerk shall send a copy of this Order to the Petitioner
and to counsel for the Respondent.

**DONE** at McAllen, Texas, this _3rd_ day of April, 1991.

_William M. Mallet_
**William M. Mallet**
**UNITED STATES MAGISTRATE JUDGE**

**2**