18

U~. ~~ ~~A~ES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 09 1991

Jesse E. Clark, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DAVID CARMONA                )
                             )   CIVIL ACTION NUMBER
VS.                          )        B-90-154
                             )
THE UNITED STATES OF AMERICA )   CRIMINAL NUMBER
                             )        B-87-178

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner David Carmona's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and the Court after having reviewed same is of the opinion that said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that United States Magistrate Judge William M. Mallet's Report and Recommendation filed on April 12, 1991 is hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this ___9th___ day of July, 1991, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE